THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>CHRISTOPHER MILES GATES,<br><br>              Defendant. | CASE NO. CR15-0253-JCC<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court on the parties' Stipulated Motion to Continue Pretrial Motions Deadline and Trial Date (Dkt. No. 18). Trial in this case is set for October 5, 2015, and the deadline for filing all pretrial motions is currently August 27, 2015 (Dkt. No. 17). The parties move the Court to continue trial until January 2016 and extend the pretrial motions deadline accordingly (Dkt. No. 18 at 1). Defendant Christopher Gates has filed a Waiver of Speedy Trial consenting to the continuation of his trial date up to February 12, 2016 and acknowledging that the Court will exclude the interim time in calculating the speedy trial expiration date (Dkt. No. 19).

      The Court therefore finds that the ends of justice served by continuing the trial outweigh

1    the best interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C.

2    § 3161(h)(7)(A). The period of delay from the time of this order until the new trial date is

3    excludable time under 18 U.S.C. § 3161(h)(7)(A).

4          Having found good cause to continue the trial, the Court GRANTS the motion. It is

5    hereby ORDERED that the case schedule be amended to reflect the new trial date of January 19,

6    2016 and the new pretrial motions deadline of November 20, 2015.

7          DATED this 28th day of August 2015.

8                                              William M. McCool
                                               Clerk of Court
9

10                                             s/Rhonda Stiles
                                               Deputy Clerk
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26