THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0253-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CHRISTOPHER MILES GATES, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Based on the stipulated motion to continue the trial date and extend the pretrial motions due date (Dkt. No. 21), the Court makes the following findings of fact and conclusions of law:

1.  The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

2.  Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

3.  The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. *See* 18 U.S.C.

§ 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

5. Defendant Christopher Gates has waived his speedy trial right from the date of January 19, 2016 to March 30, 2016. (Dkt. No. 22 at 1.)

The Court ORDERS that the trial date is continued from January 19, 2016 to March 14, 2016. The Court further ORDERS that the resulting period of delay from January 19, 2016 to March 14, 2016 is excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B). Finally, the Court ORDERS that pretrial motions are due no later than January 8, 2016.

DATED this 23rd day of November 2015.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk