THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0253-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CHRISTOPHER MILES GATES, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date (Dkt. No. 41). Trial in this case is set for March 14, 2016. (Dkt. No. 23 at 2.) The parties move to continue trial to April 4, 2016. (Dkt. No. 41 at 1.) The parties agree that the request keeps with the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3174. (Dkt. No. 41 at 1.)

On February 16, the Court denied Defendant's motions to suppress without an evidentiary hearing. (Dkt. No. 37 at 4.) Defendant moved to reconsider the denial of the hearing request. (Dkt. No. 39 at 1.) The Court called for the Government to respond by Thursday, March 3, 2016. (Dkt. No. 40 at 2.) The requested trial date takes into account this pending issue. (*See* Dkt. No. 41 at 2.)

The Court therefore FINDS the following:

(1) The ends of justice served by continuing the trial outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

(2) Proceeding to trial absent adequate time to prepare would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

(3) Taking into account the exercise of due diligence, a continuance is necessary to allow Defendant the reasonable time for effective preparation before trial commences. *See* 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(B)(iv).

The motion (Dkt. No. 41) is GRANTED. The jury trial in this case is CONTINUED to April 4, 2016.

DATED this 2nd day of March 2016.

William M. McCool
Clerk of Court

s/Rhonda Stiles
Deputy Clerk