THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER MILES GATES,<br><br>Defendant. | CASE NO. CR15-0253-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Based on the parties' second stipulated motion to continue the jury trial date in this case (Dkt. No. 56), the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for defense counsel to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. Defense counsel, having been recently appointed, needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for trial within the time limits established by the Speedy Trial Act and the trial date currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow Defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the Court GRANTS the parties' stipulated motion (Dkt. No. 56). The jury trial date in this case is CONTINUED from the current date of April 4, 2016 to the new date of August 8, 2016. The resulting period of delay from the date of this order, up to and including the new trial date of August 8, 2016, is hereby EXCLUDED for speedy trial purposes, 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B).

DATED this 30th day of March 2016.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk