THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER MILES GATES,<br><br>Defendant. | CASE NO. CR15-0253-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Defendant Christopher Gates's trial is currently set for August 8, 2016. (Dkt. No. 57.) However, due to scheduling conflicts, this trial date is unavailable. The Court therefore ORDERS that the jury trial in this case be CONTINUED to Monday, August 22, 2016. This date is within the period of Defendant's speedy trial waiver. (*See* Dkt. No. 57) (speedy trial right waived through August 29, 2016).

The Court further ORDERS that all pretrial filings—including trial briefs, motions in limine, proposed voir dire, proposed jury instructions, and proposed verdict forms—shall be submitted no later than Monday, August 15, 2016. Objections or responses to any pretrial filings shall be due by Wednesday, August 17, 2016. Regarding the proposed jury instructions, the

parties shall indicate which instructions they agree upon and which instructions are contested, along with the basis for challenging each contested instruction.

DATED this 15th day of July 2016.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk
