THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER MILES GATES,<br><br>Defendant. | CASE NO. CR15-0253-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial date (Dkt. No. 67). Having considered the motion and the relevant record, the Court FINDS that:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense, having been recently appointed, needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for

trial itself within the time limits established by the Speedy Trial Act and currently set for this case. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow Defendant the reasonable time for effective preparation of his defense. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

5. Defendant Christopher Gates has waived his speedy trial right for the period up to and including November 15, 2016. (Dkt. No. 66 at 1.)

The motion (Dkt. No. 67) is GRANTED. The jury trial in this case is CONTINUED from Monday, August 22, 2016 to Tuesday, October 11, 2016. The Court ORDERS that the period of delay from the date of this order to the new trial date is excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

The Court further ORDERS that all pretrial filings—including trial briefs, motions in limine, proposed voir dire, proposed jury instructions, and proposed verdict forms—shall be submitted no later than Monday, October 3, 2016. Objections or responses to any pretrial filings shall be due by Wednesday, October 5, 2016. Regarding the proposed jury instructions, the parties shall indicate which instructions they agree upon and which instructions are contested, along with the basis for challenging each contested instruction.

DATED this 9th day of August 2016.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk