THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER MILES GATES,<br><br>    Defendant. | CASE NO. CR15-0253-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for production of a sealed transcript (Dkt. No. 113). Defendant Christopher Gates has filed an appeal that is now pending before the Ninth Circuit, CA No. 17-30028. (*Id.* at 1.) The parties seek to have the court reporter prepare and release—to Gates's appellate counsel only—the sealed transcript of the March 17, 2016 attorney appointment hearing (Dkt. No. 53) before the Honorable James P. Donohue, United States Magistrate Judge. (*See* Dkt. No. 113 at 1.)

The motion (Dkt. No. 113) is GRANTED. However, the hearing was recorded digitally, not via court reporter. (*See* Dkt. No. 53.) **To address the parties' request, the Court DIRECTS the Clerk to prepare and submit a copy of the digital recording along with Gates's CJA**

**transcript requests (Dkt. Nos. 111, 112). Upon completion, the written transcript shall be sent to Gates's appellate counsel, Carlton Gunn.**

DATED this 6th day of July 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk
