1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9      UNITED STATES OF AMERICA,                     CASE NO. CR15-0253-JCC

10                          Plaintiff,                ORDER

11            v.

12     CHRISTOPHER M. GATES,

13                          Defendant.

14

15          This matter comes before the Court on the parties' stipulation regarding dismissal of

16     counts and sentence on remand (Dkt. No. 129). In February 2016, the Court denied Defendant's

17     motions to suppress evidence. (Dkt. No. 37.) In December 2018, the Ninth Circuit held that

18     evidence supporting Counts 2 and 3 of Defendant's indictment should have been suppressed.

19     (Dkt. No. 127.) The parties now stipulate to entry of an order granting Defendant's motion to

20     suppress the evidence supporting Counts 2 and 3 of the indictment. (Dkt. No. 129; *see* Dkt. No.

21     28) (motion to suppress evidence resulting from June 22, 2015 vehicle stop). Having thoroughly

22     considered the Ninth Circuit's decision and the parties' stipulation, and finding good cause, the

23     Court hereby GRANTS in part and DENIES in part Defendant's motion to suppress (Dkt. No.

24     28). Evidence supporting Count 2 (felon in possession of a firearm) and Count 3 (possession of

25     cocaine) of the indictment is hereby SUPPRESSED.

26          //

1    DATED this 30th day of January 2019.

2

3

4

                                                    John C. Coughenour
5                                                   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
CR15-0253-JCC
PAGE - 2