UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0253-JCC |
| Plaintiff, | ORDER |
| v. | |
| CHRISTOPHER M. GATES, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulation regarding dismissal of counts and sentence on remand (Dkt. No. 129). In December 2018, the Ninth Circuit held that evidence supporting Defendant's conviction of Count 2 (felon in possession of a firearm) and Count 3 (possession of cocaine) of the indictment should have been suppressed. (Dkt. No. 127.) The Government now moves to dismiss Counts 2 and 3 of the indictment. (Dkt. No. 129.) Having thoroughly considered the parties' stipulation and the relevant record, the Court hereby GRANTS the Government's motion to dismiss (Dkt. No. 129). Counts 2 and 3 of the indictment are DISMISSED with prejudice.

//

//

//

//

1       DATED this 30th day of January 2019.

*(signature)*

John C. Coughenour
UNITED STATES DISTRICT JUDGE